IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

RECEIVED
SEP 0 9 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| RUSSELL M. HOLSTEIN, PH.D., LLC a New Jersey limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>INCROWD, INC. and JOHN DOES 1-5,<br><br>Defendants. | Civil Action No.: 3:16-cv-05161<br><br>**CLASS ACTION** |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, RUSSELL M. HOLSTEIN, PH.D., LLC, through its undersigned attorneys, hereby voluntarily dismisses this action with prejudice.

RUSSELL M. HOLSTEIN, PH.D., LLC,
individually and as the representative of a class of similarly-situated persons

By: s/ Matthew N. Fiorovanti

Michael J. Canning
Matthew N. Fiorovanti
Giordano, Halleran & Ciesla
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701-6777
Telephone: 732-741-3900 / Fax: 732-224-6599
Email: mcanning@ghclaw.com
  mfiorovanti@ghclaw.com
and:
Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500 / Fax: 847-368-1501
Email: bwanca@andersonwanca.com

Date: 9/9/2016 So ordered.